Jason R. Naess, ISBN 8407
Assistant United States Trustee
Brett R. Cahoon, ISBN 8607
Andrew S. Jorgensen, ISBN 8695
United States Department of Justice
Office of the United States Trustee
720 Park Blvd, Ste. 220
Boise, Idaho 83712
(208) 334-1300
(208) 334-9756 [Facsimile]
ustp.region18.bs.ecf@usdoj.gov

Attorneys for Movant Acting United States Trustee

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF IDAHO

| In re: | |
|---|---|
| CHAD N. MOXLEY and TONI L. MOXLEY, | Case No. 21-40497-JMM <br> Chapter 7 |
| Debtors. | |

### ACTING UNITED STATES TRUSTEE'S MOTION TO EXTEND TIME FOR ALL PARTIES IN INTEREST TO FILE A COMPLAINT OBJECTING TO DISCHARGE UNDER 11 U.S.C. § 727

**Notice of Motion and Opportunity to Object and for a Hearing**

No Objection.   The Court may consider this request for an order without further notice or hearing unless a party in interest files an objection within 14 days of the date of this notice.

If an objection is not filed within the time permitted, the Court may consider that there is no opposition to the granting of the requested relief and may grant the relief without further notice or hearing.

Objection.   Any objection shall set out the legal and/or factual basis for the objection.   A copy of the objection shall be served on the movant.

Hearing on Objection.   The objecting party shall also contact the court's calendar clerk to schedule a hearing on the objection and file a separate notice of hearing.

Pursuant to Federal Rule of Bankruptcy Procedure 4004(b), the Acting United States

Trustee ("United States Trustee"), moves the Court for an order extending the time for all parties in interest to file a complaint objecting to discharge under 11 U.S.C. § 727. Per the Court's docket, the current deadline for filing a complaint is November 29, 2021. An extension of ninety (90) days beyond the current deadline is warranted for the following reasons.

1. Debtors Chad N. Moxley and Toni L. Moxley ("Debtors") hired attorney Kameron Youngblood ("Youngblood") to assist them with their bankruptcy case.

2. On August 24, 2021, Debtors filed a voluntary Chapter 7 bankruptcy petition in the United States Bankruptcy Court for the District of Idaho, case number 21-40497-JMM.

3. Patrick Geile is the Chapter 7 Trustee assigned to the Debtors' case.

4. A § 341 meeting of creditors was conducted in this case on September 30, 2021, October 14, 2021, and October 28, 2021. *See* Dkt. Nos. 16, 17.

5. Despite multiple § 341 meetings of creditors, Debtors have still not yet filed their Schedules, Statements, and other required documents. *See, generally,* Docket.

6. Youngblood did not appear for Debtors at the October 14 or October 28, 2021, § 341 meetings. *See, e.g.,* Dkt. No. 17.

7. The United States Trustee has filed a pending Motion for Monetary and Injunctive Remedies against Youngblood (the "Youngblood Motion") in connection with this case. Dkt. No. 18. A hearing is currently scheduled on the Youngblood Motion for November 18, 2021. Dkt. No. 19.

8. Depending on the outcome of the Youngblood Motion, it is anticipated the Debtors may need additional time to seek new counsel and/or to prepare and file their required documents in this case. As a result, it is anticipated there will be a delay in any parties'

ability to review and analyze whether the commencement of a § 727 action in connection with the Debtors' case is appropriate.

WHEREFORE, because of the issues identified herein, which have delayed and impacted all parties in interest's ability to review and analyze potential § 727 action in this case, the United States Trustee requests that the deadline for all parties to file a complaint objecting to discharge of the Debtors under 11 U.S.C. § 727 be extended to February 28, 2022.

Date: October 29, 2021

GREGORY M. GARVIN
Acting United States Trustee
Region 18


/s/ *Jason R. Naess*
Jason R. Naess
Attorney for Acting United States Trustee
[Non-ECF email: jason.r.naess@usdoj.gov]

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on October 29, 2021, I caused to be filed a copy of the foregoing electronically through the CM/ECF system, which causes the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

> Patrick John Geile
> pgeile@foleyfreeman.com, ID21@ecfcbis.com;nwagoner@foleyfreeman.com
>
> Jason Ronald Naess on behalf of U.S. Trustee US Trustee
> Jason.r.naess@usdoj.gov
>
> US Trustee
> ustp.region18.bs.ecf@usdoj.gov
>
> Kameron M Youngblood on behalf of Debtor Chad N Moxley
> ylocourtnotice@gmail.com, G29963@notify.cincompass.com
>
> Kameron M Youngblood on behalf of Joint Debtor Toni L Moxley
> ylocourtnotice@gmail.com, G29963@notify.cincompass.com

      In addition, a copy of the of the foregoing document was served on the following by depositing the same in the U.S. Mail, postage prepaid:

> Chad N Moxley
> 2951 Woodside Blvd
> Hailey, ID 83333
>
> Toni L Moxley
> 2951 Woodside Blvd
> Hailey, ID 83333

Date: October 29, 2021                       /s/ Jason R. Naess
                                                       JASON R. NAESS